**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MarLa M., <br><br>               Plaintiff(s), <br><br> vs. <br><br> Commissioner of Social Security, <br><br>               Defendant(s). | 2:24-cv-01446-MDC <br><br> **Order Directing Plaintiff To File Complaint On Correct Form** |

Before the Court is *pro se* plaintiff MarLa M.'s *Notice of Hearing Decision* (ECF No. 12). Plaintiff appears to have attempted to file an amended complaint. However, plaintiff failed to use the Court's Form Complaint. Instead, plaintiff filed what appears to be a letter and two pages of response. ECF No. 12. The Court will give plaintiff an opportunity to file her amended complaint using the correct complaint form.

### **BACKGROUND**

Plaintiff initially filed her Complaint (ECF No. 1-1) with her initial IFP application (ECF No. 1). Although plaintiff used the proper pre-printed for her Complaint, she failed to provide sufficient information about her claims as required by Rule 8 of the Federal Rules of Civil Procedure. Thus, the Court dismissed her Complaint for failing to comply with Rule 8. *Id.* The Court also denied her first IFP application because it could not determine whether plaintiff qualified for IFP at the time. ECF No. 7. The Court ordered her to submit a new long-form IFP application together with an amended complaint that provides more information about her claims. *Id.*

### **PLAINTIFF'S EFFORTS TO CORRECT**

Plaintiff submitted her second IFP application which satisfied the Court's questions about her finances and thus, the Court granted her second IFP. Plaintiff, however, did not submit an amended complaint. *See* ECF No. 11. The Court ordered plaintiff to file an amended complaint by October 16, 2024. *Id.* However, plaintiff did not submit an amended complaint using the proper form and providing

additional details about her claims. Instead, she filed a document titled "*Notice of Hearing Decision*" (ECF No. 12), which includes a copy of a July 2, 2024, letter from the Social Security Administration with her notes and scribbles on the letter, and two separate pieces of paper that contain what seems to be plaintiff's response to that letter.  Plaintiff's "*Notice of Hearing Decision*" (ECF No. 12) is not a proper amended complaint, nor can the Court reasonably interpret it as an amended complaint. The plaintiff previously used the correct pre-printed form "Complaint for Review of a Social Security Disability or Supplemental Security Income Decision" (*see* ECF No. 1-1) but did not provide sufficient information and details at Section III (titled "Statement of Claim") on the form.

The Court will give plaintiff another opportunity to submit a proper amended complaint using the form "Complaint for Review of a Social Security Disability or Supplemental Security Income Decision," and for plaintiff to provide sufficient information/details about her claim at Section III (titled "Statement of Claim") on the form.

ACCORDINGLY,

**IT IS ORDERED that**:

1. The Court defers screening plaintiff's complaint and orders her to file a proper amended complaint on the Court provided form "Complaint for Review of a Social Security Disability or Supplemental Security Income Decision" and for plaintiff to provide sufficient information/details about her claim at Section III (titled "Statement of Claim") by no later than **December 6, 2024**.
2. The Clerk of Court is kindly directed to send to plaintiff [1] a copy of this order, [2] the Form Complaint for Review of a Social Security Disability or Supplemental Security Income Decision, and [3] a copy of the Court's previous order (ECF No. 11).

DATED this 6th day of November 2024.

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge